JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBSTER S. LUCAS,<br><br>        Plaintiff,<br><br>        v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEP'T., et al.,<br><br>        Defendants. | Case No. CV 17-3289-JFW (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: October 5, 2017

                                           HONORABLE JOHN F. WALTER
                                           United States District Judge